# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa |
| v. | CASE NO. 25-cr-266- 2 |
| CHRISTINE EDWARDS *Defendant* | DATE OF PROCEEDINGS: 5/8/2025 |
| | DATE OF ARREST: 5/8/2025 |

**PROCEEDINGS:** IA- Arraignment

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [ ] AFPD  [✓] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [✓] PLEA ENTERED: [ ] GUILTY  [✓] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [✓] FINANCIAL COLLOQUY
- [✓] Brady Order read on the record
- [✓] Argument held on the record
- [✓] Waived formal reading to the Complaint

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [✓] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.   DATE:
- [ ] DETENTION/BAIL HRG.   DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY   DATE:
- [ ] SENTENCING   DATE:
- [ ] OTHER:   DATE:

**APPEARANCES:**

AUSA: Trevor Chenoweth, SUSAN R. MILLENKY, and FRANCISCO ZORNOSA

DEFT. COUNSEL: F.R. Chip Dunne

PO/PTS:

INTERPRETER
Language:

TIME COMMENCED: 2:53 PM
TIME TERMINATED: 3:35 PM
CD NO: ECR

Joel De La Cruz
DEPUTY CLERK