# DUNNE, DUNNE & COHEN, LLC

*Attorneys at Law*

FREDERICK R. DUNNE, JR.*
fdunne@dunnecohen.com

F.R. "CHIP" DUNNE, III **
chip@dunnecohen.com

LEONARD B. COHEN ♦
lcohen@dunnecohen.com

MARY PAT KERRIGAN ♦
mkerrigan@dunnecohen.com

\*   Member of the NJ & NY Bars
\*\* Members of the NJ, NY & CA Bars
 ♦ Member of the NJ Bar

www.dunnecohen.com

683 Kearny Avenue
Kearny, New Jersey 07032
Office: (201) 998-2727
Fax: (201) 997-4860
**ALL REPLY & DELIVERIES TO KEARNY**

221 River Street, 9th Floor
Hoboken, New Jersey 07030
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

304 Lincoln Avenue
Avon By The Sea, New Jersey 07717
Office: (732) 955-0337
**BY APPOINTMENT ONLY**

104 West 40th Street Bryant Park
Suite 400 and 500
New York, NY 10018
Office: (201) 998-2727
**BY APPOINTMENT ONLY**

May 28, 2025

**Via PACER:**
Honorable Madeline Cox Arleo, J.S.C
United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: USA v. Treva Edwards and Christine Edwards**
**Crim No.: 25-266**

Dear Judge Cox Arleo,

  As Your Honor may be aware, this office represents the Defendant, Christine Edwards, in connection with the above-captioned matter. I am writing to respectfully request that the court schedule a bail hearing for my client, Christine Edwards, who is currently in custody. In support of this request, we have submitted a Proposed Third Party/Cosigner Form for the court's consideration. Ms. Edwards is committed to complying with all court requirements. We respectfully request that a hearing be set at the earliest possible date to allow the court to evaluate a reasonable bail arrangement and the suitability of the proposed cosigner.

  Thank you for your time and attention.

Respectfully Submitted,
Dunne, Dunne & Cohen, LLC

*Chip Dunne*

_____
F. R. "Chip" Dunne, III, Esq.

CD/mc