WANDA M. AKIN & ASSOCIATES
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Phone: (973) 623-6834
Fax:    (973) 735-2695
Cell:   (973) 222-5646
Attorneys for Defendant, Christine Edwards
wakin@akinlegal.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>CHRISTINE EDWARDS,<br>a/k/a "Pastor Christine"<br>        Defendant. | Crim. No.:  25-266 (MCA)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consent to the substitution of WANDA M. AKIN, ESQ., as the attorney for Defendant, Christine Edwards, in the above captioned matter.

Dated    June 9, 2025

FREDERICK RICHARD DUNNE III, ESQ.        WANDA M. AKIN & ASSOCIATES

Withdrawing Attorney                                            Superseding Attorney

s/ Frederick Richard Dunne, III

Frederick Richard Dunne III                               Wanda M. Akin