# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVA EDWARDS AND CHRISTINE EDWARDS | Crim. No. 25-0266<br><br>SCHEDULING ORDER |

This matter having come before the Court for arraignment; and the United States being represented by Alina Habba, Acting United States Attorney for the District of New Jersey (by Trevor A. Chenoweth and Susan Millenky, Assistant U.S. Attorneys, appearing); and the Defendant Treva Edwards being represented by Rahul Agarwal, Esq. and the Defendant Christine Edwards being represented by Wanda M. Akin, Esq.; the Court having previously entered a Scheduling Order (ECF No. 26); the Government having provided the Defendant with some initial discovery required by Federal Rule of Criminal Procedure 16(a)(1); and the parties having agreed on an amended schedule for the exchange of additional discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this  31st  day of  July , 2025, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis on or before September 5, 2025;

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, on a rolling basis, with all material produced on or before September 5, 2025. Exculpatory evidence

that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

    3.    The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before October 3, 2025.

    4.    The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before October 3, 2025.

    5.    The following shall be the schedule for pretrial motions in this matter:

        a.    Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before November 14, 2025.

        b.    Responses to the pretrial motions shall be filed on or before December 12, 2025.

        c.    Replies shall be filed on or before January 5, 2026.

        d.    Oral argument on pretrial motions shall be held on a date to be set by the Court.

    6.    Pursuant to paragraph 17 of the Standing Order, the Court will, in consultation with the parties, schedule a final pretrial conference following the disposition of pretrial motions. In advance of said conference, the parties shall advise the Court whether the case should be set for trial. If the parties so advise, the Court will set a schedule for trial, which pursuant to paragraph 21 of the Standing Order shall be no earlier than 45 days following the final pretrial conference unless the

- 3 -

parties agree that a shorter period of time is reasonable in the circumstances of the case.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE