## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Madeline Cox Arleo |
| v. | Crim. No. 25-266 |
| TREVA EDWARDS AND CHRISTINE EDWARDS | [ORDER FOR A CONTINUANCE |

This matter having come before the Court on the joint application of the United States (by Trevor A. Chenoweth, Susan Millenky, Assistant United States Attorneys), and defendant Christine Edwards, represented by Wanda Akin, Esq., for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including January 3, 2026, to permit defense counsel the reasonable time necessary for effective preparation in this matter; and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c); and the defendant, through her attorney, having consented to this continuance; and the United States having no opposition; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     On June 11, 2025, the United States made an initial production; and, on September 4, 2025, the United States followed up with an extensive production of discovery, including multiple audio recordings, reports, electronic communications, and criminal history records, which will require extended review;

(2)  The defendant has consented to the aforementioned continuance;

(3)  The grant of a continuance likely will conserve judicial resources; and

(4)  As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this  8th  day of October, 2025;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including January 3, 2026; and it is further

ORDERED that the period from the date this Order is signed through and including January 3, 2026, shall be excludable in computing time under the Speedy Trial Act of 1974.

---
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

 /s Trevor A. Chenoweth  
Susan Millenky  
Trevor A. Chenoweth  
Assistant U.S. Attorney

 /s Wanda Akin  
Wanda Akin, Esq.  
Counsel for Christine Edwards